HENSLEY et ux. v. PENA. (No. 638.)

(Court of Civil Appeals of Texas. El Paso.
Dec. 7, 1916.)

APPEAL AND ERROR ☞773(2)—BRIEFS—
FAILURE TO FILE—DISMISSAL.

Under Rev. St. art. 2115, providing that
not less than five days before the time of filing
the transcript in the Court of Civil Appeals,
the appellant for plaintiff in error shall file
with the clerk of the district court a copy of
his brief, and rule 39, Rules for the Courts of
Civil Appeals (142 S. W. xiii), making a fail-
ure to comply with such provision without
showing cause for such failure ground for dis-
missing the appeal, where appellants have of-
fered no excuse for failing to file a copy of the
brief with the clerk of the district court, the
appeal must be dismissed.

[Ed. Note.—For other cases, see Appeal and
Error, Cent. Dig. §§ 3104, 3108; Dec. Dig. ☞
773(2).]

Appeal from District Court, Presidio Coun-
ty; P. R. Price, Judge.

Suit by Mrs. Antonio Pena against S. J.
Hensley and wife. From a judgment for
plaintiff, defendants appeal. Dismissed.

J. D. Martin, of Ft. Stockton, and K. C.
Miller and W. C. Jourdan, both of Marfa,
for appellants. Belcher & Sutton, of Marfa,
for appellee.

HARPER, C. J. This suit was filed by
appellee against appellants in form of tres-
pass to try title to an undivided one-half in-
terest in Survey No. 350, Presidio county,
Tex., and also for cancellation of a certain
deed. Tried with jury and resulted in a
verdict and judgment for plaintiff, from
which Hensley appealed.

This cause was tried at the January term,
1916. Transcript reached the clerk of this
court May 1, 1916. Copies of appellant's
briefs were offered for filing in this court in
October, 1916. There was no offer to file
copies in the court below. Article 2115, Rev.
Civ. Stat. of Texas 1911, provides that:

"Not less than five days before the time of
filing the transcript in the Court of Civil Ap-
peals, the appellant or plaintiff in error shall
file with the clerk of the district court a copy of
his brief, which shall be by the clerk deposited
with the papers of the cause, with the date of
filing indorsed thereon. * * *"

Rule 39, Supreme Court Rules for the
Courts of Civil Appeals of Texas (142 S. W.
xiii), provides that a failure to comply with
the provisions of the above statute, without
showing good cause for not complying there-
with, shall be grounds for dismissing the ap-
peal, and appellants have offered no excuse.
Appellants filed motion to be permitted to
file their briefs in this court, which was over-
ruled, whereupon they filed their motion to
dismiss the appeal, and said motion is sus-
tained and appeal dismissed.